UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

OLUWOLE OGUNDARE,

                Plaintiff,

    - against -

TRANSUNION LLC,

                Defendant.
―――――――――――――――――――――――――――――

23-cv-6085 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by August 23, 2023.

SO ORDERED.

Dated:    New York, New York
           August 8, 2023

                                        _____
                                          John G. Koeltl
                                    United States District Judge